## R. C. TEVIS v. JOHN J. IRELAND.

**Judicial Sales—Advance Bid.**

The chancellor does not abuse a sound discretion in re-opening a sale, where a bona fide advance bid of twenty per cent, properly secured, is made.

**Same.**

Bidders at judicial sales do not become the purchaser until confirmed by the chancellor, but stand as merely a preferred bidder.

APPEAL FROM FRANKLIN CIRCUIT COURT.

July 5, 1869.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The advance bid offered was secured by good security and was therefore reliable, and being for over twenty per cent. advance on the original, the chancellor did not abuse a sound discretion

in rejection the first bid and opening the offering. The highest bidder at a decretal sale does not become the purchaser until his offer is confirmed by the chancellor, but until then he stands as a mere proferred bidder. Still the power to open the biddings is not an absolute arbitrary one, but to be exercised for reasonable cause and to forward justice. The policy of sustaining judicial sales, unless for good cause these be set aside, is equally for the benefit of both parties for a reasonable assurance that the purchase will be confirmed is calculated to invite such competitors as may desire to buy.

Wherefore the judgment is *affirmed*.

*Lindseys, Harlan, for appellant.*

*Craddock, for appellee.*